THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HAROLD L. JACKSON, Defendant-Appellant.

(No. 57045;

First District (5th Division)—July 27, 1973.

Opinion by Mr. PRESIDING JUSTICE DRUCKER.

James J. Doherty, Public Defender, of Chicago, (Harold A. Cowen and Shelvin Singer, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Terrence McQuigg, Assistant State's Attorneys, of counsel,) for the People.